**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| v. | * | **CIVIL ACTION NO.:10-00088-CG-C** |
| | * | |
| **$6,000.00, more or less, in U.S. Currency** | * | |
| | * | |
| **Defendant.** | * | |

**FINAL ORDER OF FORFEITURE**

This matter is before the Court on plaintiff's Motion for Entry of Order of Forfeiture (Doc.6). For cause shown, the Motion is granted.

On February 23, 2010, a verified complaint for forfeiture in rem was filed on behalf of the United States against the defendant, $6,000.00, more or less, in U.S. Currency, to enforce the provisions of Title 21, United States Code, Section 881(a)(6). As set forth in plaintiff's motion, on the same date, the plaintiff sent a copy of the Complaint, Notice and Warrant for Arrest to all known potential claimants notifying them of their right to file a claim in this Court within thirty five (35) days of the date that said notice was sent (by March 30, 2010) and to file a motion or an answer within 20 days thereafter, in accordance with Supplemental Rule G(4)(b)(ii)(B) and (C). Accordingly, all known potential claimants plaintiff sent direct notice had until March 30, 2010, to file a claim, and until April 20, 2010, to file a motion or an answer. No such claim, motion or answer was filed.

On February 26, 2010, notice of this seizure and forfeiture action, of the right of all third parties to file a claim with the court and a motion or answer within 20 days thereafter was published on the Internet at www.forfeiture.gov from February 26 through March 27, 2010. Any

putative claimant who received notice from the internet had to file a claim by April 26, 2010. No such claims have been filed.

All identifiable possible claimants have been sent notice. All possible claimants have had adequate notice and time in which to file a claim, motion or an answer. No such claims, motions or answers have been filed and the filing deadlines have expired.

On March 8, 2010, the U.S. Marshals Service executed the Warrant for Arrest issued by the Clerk thereby arresting the defendant, $6,000.00, more or less, in U.S. Currency, which gave the Court in rem jurisdiction over it.

With no claims, motions or answers having been filed in opposition to the forfeiture of said defendant, and there being no remaining issues, final disposition of this action is appropriate at this time.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is **ORDERED, ADJUDGED, AND DECREED** as follows:

1. This Court has jurisdiction over the subject matter and the defendant currency, and the complaint states a claim upon which relief may be granted.

2. In accordance with the verified complaint, the defendant, $6,000.00, more or less, in U.S. Currency, which was seized by the Drug Enforcement Administration, is **ORDERED** to be forfeited to the plaintiff, the United States of America, pursuant to the provisions of Title 21, United States Code, Section 881(a)(6), for disposition according to law. A separate Judgment will be entered.

3. This Order and the accompanying Judgment resolving all matters and issues joined in this action, the Clerk of Court is directed to close this file for administrative and statistical purposes.

**DONE and ORDERED** this 2nd day of June, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE