**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| **v.** | * | **CIVIL ACTION NO.:10-00088-CG-C** |
| | * | |
| **$6,000.00, more or less, in U.S. Currency** | * | |
| | * | |
| **Defendant.** | * | |


**FINAL JUDGMENT OF FORFEITURE**

In accordance with the separate Order entered on this date, it is **ordered, adjudged**, and

**decreed** that the defendant, **$6,000.00, more or less, in U.S. Currency**, is **forfeited** to the

plaintiff, the United States of America, for disposition according to law.

**DONE and ORDERED** this 2nd day of June, 2010.


/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE